On order of the Court, the application for leave to appeal the August 21, 2018 judgment of the Court of Appeals is considered. Pursuant to MCR 7.305(H)(1), and in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals and REMAND this case to the Wayne Circuit Court for a new trial. The Court of Appeals erred in concluding that the prosecution established that the confrontation violation was harmless beyond a reasonable doubt. Reviewing the record de novo, we cannot conclude that admission of Westley Webb's testimony-the only evidence that placed a gun in the defendant's hand-"did not tip the scale in favor of the prosecution and contribute to the jury's verdict."
 
 People v. Anderson
 
 ,
 
 446 Mich. 392
 
 , 407,
 
 521 N.W.2d 538
 
 (1994). Instead, it seems "reasonable to believe that this evidence affected the jury's decision to convict."
 

 Id.
 

 We do not retain jurisdiction.